**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JAVIER MANDRY-MERCADO,

      Plaintiff,

    v.                       Case No.:  6:26-cv-00568-PGB-LHP

UNITED STATES OF AMERICA,
PAMELA BONDI, HARMEET
DHILLON, FINANCIAL
OVERSIGHT AND MANAGMENT
BOARD FOR PUERTO RICO,
JENNIFFER GONZALEZ-COLON,
AND LOURDES GOMEZ,

      Defendants,

---

**ORDER**
(And Direction to Clerk)

Before the Court is Petitioner's Renewed Motion for Authorization to File Documents Electronically Via CM/ECF as a Pro Se Litigant. Doc. No. 7. Based on the representations made therein, the motion is **GRANTED**. The Court will permit Plaintiff to file electronically in this case, provided that Plaintiff complies with the Administrative Procedures for Electronic Filing.[1] Plaintiff must also comply with all Local Rules, Federal Rules of Civil Procedure, and Court Orders. Failure to comply may result in the removal of electronic filing privileges.

---

[1] The Administrative Procedures for Electronic Filing are available on the Court's website, https://www.flmd.uscourts.gov/, by selecting "Filing a Case."

1

**DONE** and **ORDERED** in Orlando, Florida on March 26, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE


Copies furnished to:

Unrepresented Parties