# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JAVIER MANDRY MERCADO,

      Plaintiff,

    v.                                                          Case No.: 6:26-cv-00568-PGB-LHP

UNITED STATES OF AMERICA,
ATTORNEY GENERAL PAMELA
BONDI, HARMEET DHILLON,
FINANCIAL OVERSIGHT AND
MANAGMENT BOARD FOR
PUERTO RICO, JENNIFFER
GONZALEZ-COLON, AND
LOURDES GOMEZ,

      Defendants,

---

## ORDER

Before the Court is a Notice of Substitution of Party Pursuant to Fed. R. Civ. P. 25(d), which has been construed as a motion to substitute a party. Doc. No. 14. By the present motion, Plaintiff seeks to substitute as a party United States Attorney General Todd Blanche, in his official capacity, for former United States Attorney General Pamela Bondi, in her official capacity. *Id.* On review, the motion (Doc. No. 14) is **GRANTED**, and Todd Blanche, in his official capacity as United States Attorney General, is substituted as a Defendant in place of former United States Attorney General Pamela Bondi. *See* Fed. R. Civ. P. 25(d). The Clerk of Court is

-1-

**DIRECTED** to update the case caption accordingly.  *See Singh v. Garland*, No. 3:20-cv-899-TJC-MCR, 2021 WL 1516066, at *1 n.1 (M.D. Fla. Apr. 16, 2021).

**DONE** and **ORDERED** in Orlando, Florida on April 9, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Unrepresented Parties